868

No. 76–47. NEW YORK v. BAKER. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–189. WYRICK, WARDEN v. THOMAS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1556. PUBLIC SERVICE COMMISSION OF NEW YORK v. FEDERAL POWER COMMISSION ET AL.; and

No. 75–1565. ASSOCIATED GAS DISTRIBUTORS v. FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.

No. 75–1620. GILMORE v. WEYERHAEUSER CO. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would grant certiorari. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 75–1621. SLOVAK v. ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. D. C. Cir. Motion to strike memorandum for respondent and certiorari denied.

No. 75–1622. BATON ROUGE MARINE CONTRACTORS, INC. v. FEDERAL MARITIME COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 75–1865. CARNES ET AL. v. SMITH ET AL. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.